THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BASEL MISSION HOME HEALTH, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 7:16-CV-296 |
| CATLIN SPECIALTY INSURANCE COMPANY and RICK LATHRUM, | § § § § | |
| Defendants. | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants file this Joint Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

Plaintiff and Defendants have come to an agreement with regard to all claims made or that could have been made in this lawsuit. Therefore, Plaintiff and Defendants do not wish to pursue this matter any further and the Court's assistance is no longer necessary.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that costs be taxed against the party incurring same.

Respectfully submitted,

**ZELLE LLP**

By: _____/s/ Andrew A. Howell_____
G. Brian Odom
State Bar No. 50511840
S. Dist. Bar No. 24591
BOdom@zelle.com
LEAD ATTORNEY

Andrew A. Howell
State Bar No. 24072818
S. Dist. Bar No. 1751294
AHowell@zelle.com

901 Main Street, Suite 4000
Dallas, TX 75202
Telephone:    (214) 742-3000
Facsimile:     (214) 760-8994

**ATTORNEYS FOR DEFENDANTS**

- and –

**KETTERMAN ROWLAND & WESTLUND**

By: _____/s/ Perry Dominguez_____
Kevin S. Baker
State Bar No. 00797799
S. Dist. Bar No. 306997
kevin@krwlawyers.com
Perry Dominguez
State Bar No. 24055414
S. Dist. Bar No. 690067
perry@krwlawyers.com

16500 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 490-7402 – phone
(210) 490-8372 – fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Joint Motion to Dismiss with Prejudice has been served this 1st day of March 2017, by electronic filing as follows:

Kevin S. Baker
Texas Bar No. 00797799
S. Dist. Bar No. 306997
kevin@krwlawyers.com
Perry Dominguez
Texas Bar No. 24055414
S. Dist. Bar No. 690067
perry@krwlawyers.com
**KETTERMAN ROWLAND & WESTLUND**
16500 San Pedro, Suite 320
San Antonio, Texas 78232
(210) 490-7402 – phone
(210) 490-8372 – fax

**ATTORNEYS FOR PLAINTIFF**

             */s/ Andrew A. Howell*
              Andrew A. Howell