United States District Court
Southern District of Texas
**ENTERED**
March 07, 2017
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BASEL MISSION HOME HEALTH, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 7:16-CV-296 |
| CATLIN SPECIALTY INSURANCE COMPANY and RICK LATHRUM, | § § § § | |
| Defendants. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants move to dismiss this action with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendants' Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this 7th day of March, 2017 at McAllen, Texas.

_____
JUDGE PRESIDING